Rufus L. Cole, Esq. (SB# 60843 )
COLE & FASANO
720 Market Street, 10th Floor
San Francisco, California 94102-2500
Telephone: [415] 956-8800
Facsimile:  [415] 956-8811

Attorneys for Plaintiff
ROBERT BYKOFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BYKOFF, individually and on behalf of the GENERAL PUBLIC<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN MANAGEMENT GROUP, NORMAND GROLEAU and MICHELLE GROLEAU, Individually and as Owner of TERRA VISTA APARTMENTS, CAROL CAPPELLE, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. C 07-00984 MHP<br><br>STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION OF THE COMPLAINT |

Plaintiff Robert Bykoff, by and through his attorney, Rufus L. Cole of Cole & Fasano and Defendants Meridian Management Group, Normand Groleau and Michelle Groleau, Individually and as Owner of Terra Vista Apartments, Carol Cappelle by through and their attorney, Cody Jaffe of Severson & Werson do hereby stipulate to plaintiff's dismissal of his First Cause of

//
//
//
//
//

1

STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION OF THE COMPLAINT

1 | Action to the Complaint for Discrimination in Violation of the Fair Housing Act, 42 U.S.C.
2 | §3604.
3 | Dated: March 19, 2007                     **COLE & FASANO**
4 |
5 |                                            By: _____
6 |                                                 RUFUS L. COLE
                                                    Attorney for Plaintiff
7 |                                                 ROBERT BYKOFF
8 | Dated: March 16, 2007                     **SEVERSON & WERSON**
9 |
10|                                            By: _____
11|                                                 CODY JAFFE
                                                   Attorney for Defendants
12|
13|
14| F:\BYKOFF\PLEAD\Stipulation for Dismissal.wpd
15|
16|                                            IT IS SO ORDERED
17|         March 20, 2007
                                               Judge Marilyn H. Patel
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|                                         2

Cole & Fasano
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION OF THE COMPLAINT